McElwain, Appellant, v. Myers.

Argued March 21, 1951. Before DREW, C. J., STERN, STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

*Samuel J. Feigus,* with him *Wade K. Newell,* for appellant.

*William B. Parshall,* with him *Henderson, Parshall & Crow,* for appellee.

OPINION PER CURIAM, May 23, 1951:

A majority of the members of this Court who heard this case are of the opinion that the learned court below was correct in refusing to take off the nonsuit. The

judgment is therefore affirmed on the opinion of President Judge CARR for the court *en banc.*

Judgment affirmed.